**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-6459**

───────────

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

JEFFERSON   RIASCOS-VALENCIA,   a/k/a   William
Keith Patterson, a/k/a Jason,

                                    Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Richard L. Voorhees,
District Judge.  (CR-97-40, CA-01-165-3-2V)

───────────

Submitted:  June 20, 2002          Decided:  June 26, 2002

───────────

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Jefferson Riascos-Valencia, Appellant Pro Se.  Robert Jack Higdon,
Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North
Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jefferson Riascos-Valencia seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Riascos-Valencia</u>, Nos. CR-97-40; CA-01-165-3-2V (W.D.N.C. Feb. 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>